**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tamika R. Mobley                    CHAPTER 13
                    Debtor(s)

                                            BKY. NO. 25-14948 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Dec 2025, 16:40:51, EST

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322

Document ID: 514859991aa6d9564e5e7f47022391b2f3077464bb17469ef2db6533ac118f19