UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Tamika R. Mobley | : |
| | : |
|    Debtor(s) | : NO.   25- 14948 amc |

### CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that a copy of the rescheduled Meeting of Creditors Hearing for February 20, 2026, at 11:15 a.m. by Zoom was served on February 11, 2026, on all creditors by Court- generated ECF notice and/or served a copy by first class mail, to the following:

| | |
|---|---|
| **Frederic J. Baker, Esquire** | ECF Notice and e-mail |
| Asst. U.S. Trust | USTPRegion03.PH.ECF@usdoj.gov |
| | |
| **Scott F. Waterman, Trustee** | ECFMail@ReadingCh13.com |
| | |
| **Pamela Elchert Thurmond, Esquire** | pamela.thurmond@phila.gov |
| Attorney for the City of Philadelphia | |
| | |
| **Megan Harper, Esquire** | Megan.harper@phila.gov |
| Attorney for City of Philadelphia | |

**The following creditors were sent the Chapter 13 Plan by first class mail:**

**Ashley Funding Services, LLC**
**Resurgent Capital Services**
**P.O. BOX 10587**
**Greenville, SC 29603-0587**

**Atlas Acquisitions LLC**
**On behalf of UHG I LLC**
**492C Cedar Lane, Suite 442**
**Teaneck, NJ 07666**

**Citibank, N.A.**
**5800 S. Corporate Place**
**Sioux Falls, SD 57108-5027**

**Credit Collection Services**
**725 Canton Street**
**Attn: Bankruptcy Dept.**
**Norwood, MA 02062**

**Credit One**
**P.O. Box 98873**
**Attn: Bankruptcy Dept**
**Las Vegas, NV 89193-8873**

**Danielle M. Dileva, Esquire**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

**Freedom Frederal Credit Union**
**626 Jacksonville Road, Suite 250**
**Attn: Bankruptcy Dept.**
**Warminster, PA 18974-4862**

**GLS**
**1200 Brookfield Blvd., Suite 300**
**Greenville, SC 29607**

**Jefferson Capital Systems, LLC**
P.O. BOX 7999
St. Cloud, MN 56302-9617

**LVNV Funding, LLC**
**Resurgent Capital Services**
P.O. Box 10587
Greenville, SC 29603-0587

**Midland Mortgage Company**
P.O. Box 26648
Attn: Bankruptcy Dept.
Oklahoma City, OK 73126-0648

**Midfirst Bank**
999 NorthWest Grand Blvd.
Oklahoma City, 73118

**Milestone**
P.O. Box 4477
Attn: Bankruptcy Dept.
Beaverton, OR 97076-4477

**Navy Federal Credit Union**
P.O. BOX 3000
Merrifield, VA 22119

**One Main Financial Group, LLC**
P.O. BOX 3251
Evansville, IN 47731

**P.G.W.**
800 W. Montgomery Ave. 3F
Philadelphia, PA 19122

**Prancer Capital**
36 Skyline Drive
Attn: Bankruptcy Dept.
Lake Mary, FL 32746

**Purchasing Power, LLC**
**2727 Paces Ferry Road SE**
**Bldg 2, Suite 1200**
**Atlanta, GA 30339**

**Premier**
**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**Quantum3 Group LLC as agent for**
**Concora Credit Inc.**
**P.O. BOX 788**
**Kirkland, WA 98083-0788**

**Revenue Collections Bureau, Inc.**
**5900-08 Torresdale Ave.**
**Attn: Bankruptcy Dept,**
**Philadelphia, PA 19135**

**U.S. Department of Housing and Urban Development**
**801 Market Street, 12th Floor**
**Philadelphia, PA 19107**

**Water Revenue Bureau**
**1401 J.F.K. Blvd.**
**Attn: Bankruptcy Dept**
**Philadelphia, PA 19102-1663**

**Tamika R. Mobley**
**7941 Provident Street**
**Philadelphia, PA 19150**

 **2-11-2026**　　　　　　　　　　　　　　　　　　**/s/ MICHAEL A. LATZES**
　　　　　　　　　　　　　　　　　**MICHAEL A. LATZES, ESQUIRE**
　　　　　　　　　　　　　　　　　**Attorney for Debtor**
　　　　　　　　　　　　　　　　　**1528 Walnut Street, Suite 710**
　　　　　　　　　　　　　　　　　**Philadelphia, PA 19102**
　　　　　　　　　　　　　　　　　**(215) 545-0200**
　　　　　　　　　　　　　　　　　**Attorney I.D. 34017**