UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Tamika R. Mobley

Chapter 13
Bankruptcy No.25-14948-AMC

Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of April, 2026, by first class mail upon those listed below:

Tamika R. Mobley
7941 Provident Street
Philadelphia, PA  19150

**Electronically via CM/ECF System Only:**

MICHAEL A LATZES ESQ
LAW OFFICE of MICHAEL A LATZES PC
1528 WALNUT ST -  SUITE 700
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee