**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Tamika R. Mobley

                Debtor(s)

MIDFIRST BANK, its successors and/or assigns

                Movant

      vs.

Tamika R. Mobley

                Debtor(s)

Scott F. Waterman

                Trustee

CHAPTER 13

NO. 25-14948 AMC

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about January 13, 2026.

Dated: <u>April 22, 2026</u>

                Respectfully submitted,

                <u>/s/Matthew Fissel</u>
                Matthew Fissel, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322
                mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:Tamika R. Mobley** | | **BK NO. 25-14948 AMC** |
| | **Debtor(s)** | **Chapter 13** |
| **MIDFIRST BANK** | **Movant** | |
| **vs.** | | |
| **Tamika R. Mobley** | | |
| | **Debtor(s)** | |
| **Scott F. Waterman** | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 4/24/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/24/2026

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Tamika R. Mobley<br>7941 Provident Street<br>Philadelphia, PA 19150 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Latzes Esq.<br>1528 Walnut Street<br>Suite 710<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |