IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TAMIKA R. MOBLEY,<br>　　　　Debtor,<br><br>GLOBAL LENDING SERVICES LLC,<br>　　　　　Movant,<br><br>　　　v.<br><br>TAMIKA R. MOBLEY, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　　Respondents. | Bankruptcy No. 25-14948-AMC<br><br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW MOVANT'S OBJECTION TO CONFIRMATION

TO THE CLERK OF COURTS:

　　Kindly withdraw *Movant's Objection to Confirmation* filed on behalf of Global Lending Services, LLC, on January 26, 2026, at Document No. 16.

Dated: April 28, 2026

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　METZ LEWIS BRODMAN MUST
　　　　　　　　　　　　　　　　O'KEEFE

　　　　　　　　　　　　　　　　By: /s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　Keri P. Ebeck, Esq.
　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　kebeck@metzlewis.com
　　　　　　　　　　　　　　　　444 Liberty Avenue, Suite 2100
　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　Phone - (412) 918-1112