UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Tamika R. Mobley | : |
| | : |
|    Debtor(s) | : NO.   25- 14948 amc |


## CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that a copy of the Second Amended Chapter 13 Plan was served on May 20, 2026,  on all  creditors by Court- generated ECF notice and/or served a copy by first class mail,  to the following:


| | |
|---|---|
| Frederic J. Baker, Esquire<br>Asst. U.S. Trust | ECF Notice and e-mail<br>USTPRegion03.PH.ECF@usdoj.gov |
| Scott F. Waterman, Trustee | ECFMail@ReadingCh13.com |
| Pamela Elchert Thurmond, Esquire<br>Attorney for the City of Philadelphia | pamela.thurmond@phila.gov |
| Megan Harper, Esquire<br>Attorney for City of Philadelphia | Megan.harper@phila.gov |
| Keri P. Ebeck, Esquire<br>Attorney for Global Lending Service | kebeck@metzlewis.com |
| Matthew K. Fissel, Esquire<br>Attorney for Midfirst Bank | Matthew.fissel@brockandscott.com |
| Maggie S. Soboleski, Esquire<br>Attorney for Midfirst Bank | msoboleski@kmllawgroup.com |

The following creditors were sent the Chapter 13  Plan by first class mail:

Ashley Funding Services, LLC
Resurgent Capital Services
P.O. BOX 10587
Greenville, SC 29603-0587

Atlas Acquisitions LLC
On behalf of UHG I LLC
492C Cedar Lane, Suite 442
Teaneck, NJ 07666

Citibank, N.A.
5800 S. Corporate Place
Sioux Falls, SD 57108-5027

Credit Collection Services
725 Canton Street
Attn: Bankruptcy Dept.
Norwood, MA 02062

Credit One
P.O. Box 98873
Attn: Bankruptcy Dept
Las Vegas, NV 89193-8873

Danielle M. Dileva, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Freedom Frederal Credit Union
626 Jacksonville Road, Suite 250
Attn: Bankruptcy Dept.
Warminster, PA 18974-4862

**GLS**
**1200 Brookfield Blvd., Suite 300**
**Greenville, SC 29607**

**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**LVNV Funding, LLC**
**Resurgent Capital Services**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

**Midland Mortgage Company**
**P.O. Box 26648**
**Attn: Bankruptcy Dept.**
**Oklahoma City, OK 73126-0648**

**Midfirst Bank**
**999 NorthWest Grand Blvd.**
**Oklahoma City, 73118**

**Milestone**
**P.O. Box 4477**
**Attn: Bankruptcy Dept.**
**Beaverton, OR 97076-4477**

**Navy Federal Credit Union**
**P.O. BOX 3000**
**Merrifield, VA 22119**

**One Main Financial Group, LLC**
**P.O. BOX 3251**
**Evansville, IN 47731**

**P.G.W.**
**800 W. Montgomery Ave. 3F**
**Philadelphia, PA 19122**

**Prancer Capital**
**36 Skyline Drive**
**Attn: Bankruptcy Dept.**
**Lake Mary, FL 32746**

**Purchasing Power, LLC**
**2727 Paces Ferry Road SE**
**Bldg 2, Suite 1200**
**Atlanta, GA 30339**

**Premier**
**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**Quantum3 Group LLC as agent for**
**Concora Credit Inc.**
**P.O. BOX 788**
**Kirkland, WA 98083-0788**

**Revenue Collections Bureau, Inc.**
**5900-08 Torresdale Ave.**
**Attn: Bankruptcy Dept,**
**Philadelphia, PA 19135**

**U.S. Department of Housing and Urban Development**
**801 Market Street, 12th Floor**
**Philadelphia, PA 19107**

**Water Revenue Bureau**
**1401 J.F.K. Blvd.**
**Attn: Bankruptcy Dept**
**Philadelphia, PA 19102-1663**

**Tamika R. Mobley**
**7941 Provident Street**
**Philadelphia, PA 19150**

**5-20-2026**                    **/s/ MICHAEL A. LATZES**
                            **MICHAEL A. LATZES, ESQUIRE**
                            **Attorney for Debtor**
                            **1528 Walnut Street, Suite 710**
                            **Philadelphia, PA 19102**
                            **(215) 545-0200**
                            **Attorney I.D. 34017**