UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **: CHAPTER 13 BANKRUPTCY** |
| **Tamika R. Mobley** | **:** |
| **Debtor** | **:** |
| | **:** |
| **Midfirst Bank** | **: No. 25-14948 amc** |
| **Movant** | **:** |
| **v.** | **:** |
| **Tamika R. Mobley** | **:** |
| **and** | **:** |
| **Scott F. Waterman, Trustee** | **:** |
| **Respondents** | **:** |

## CERTIFICATION OF NOTICE

I, **MICHAEL A. LATZES, ESQUIRE,** attorney for the Debtor in the above-captioned matter, hereby certifies that Debtor's Answer to the Motion for Relief from Automatic Stay Under Section 362 filed by Midfirst Bank has been served on or before May 20, 2026, to the following parties by Court generated ECF:

**Frederic J. Baker, Esquire**　　　　　　　**ECF Notice and e-mail**
**Asst. U.S. Trust**　　　　　　　　　　　**USTPRegion03.PH.ECF@usdoj.gov**
**Robert NC Nix, Sr. Federal Building**
**900 Market Street, Suite 320**
**Philadelphia, PA 19107**

**Maggie Soboleski, Esquire**　　　　　　　**Bkgroup@kmllawgroup.com**
**Attorney for Midfirst Bank**

**Scott F. Waterman, Trustee**　　　　　　　**ECFMail@ReadingCh13.com**

**Mailed by first class mail, postage prepaid:**


**Tamika R. Mobley**
**7941 Provident Street**
**Philadelphia, PA 19150**




**5-20-2026**                                    **/s/ MICHAEL A. LATZES**
                                             **MICHAEL A. LATZES, ESQUIRE**
                                             **Attorney for Debtor**
                                             **1528 Walnut Street, Suite 710**
                                             **Philadelphia, PA 19102**
                                             **(215) 545-0200**
                                             **Attorney I.D. 34017**