*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Tamika R. Mobley                             )          Case No. 25−14948−amc
                                      )
                                      )
   Debtor(s).                                    )          Chapter: 13
                                      )
                                      )

## <ins>ORDER CONFIRMING PLAN UNDER CHAPTER 13</ins>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 10, 2026                                    For The Court

                                                    Ashely M. Chan
                                                    Chief Judge, United States Bankruptcy Court