United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14948-amc |
| Tamika R. Mobley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2026 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tamika R. Mobley, 7941 Provident Street, Philadelphia, PA 19150-1324 |
| 15079974 | + | Danielle M. Dileva, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15079975 | | Freedom Federal Credit Union, 626 Jacksonville Road, Suite 250, Attn: Bankruptcy Dept., Warminster, PA 18974-4862 |
| 15088692 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15079979 | + | Prancer Capital, 36 Skyline Drive., Attn: Bankruptcy Dept., Lake Mary, FL 32746-6201 |
| 15079981 | + | Revenue Collection Bureau, Inc., 5900-08 Torresdale Ave., Attn: Bankruptcy Dept., Philadelphia, PA 19135-4127 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15094019 | | Email/Text: bnc@atlasacq.com | Jun 11 2026 00:43:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15096128 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 00:48:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15145001 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15100568 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2026 00:59:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15079972 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 11 2026 00:43:00 | Credit Collection Service, 725 Canton Street, Attn: Bankruptcy Dept., Norwood, MA 02062-2679 |
| 15079973 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 11 2026 00:48:19 | Credit One, P.O. BOX 98873, Attn: Bankruptcy Dept., Las Vegas, NV 89193-8873 |
| 15095043 | | Email/Text: bankruptcy@glsllc.com | Jun 11 2026 00:43:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15079976 | | Email/Text: bankruptcy@glsllc.com | Jun 11 2026 00:43:00 | GLS, P.O. Box 935538, Attn: Bankruptcy Dept., Atlanta, GA 31193 |
| 15092989 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2026 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15083424 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 00:48:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15101285 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 11 2026 00:48:18 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15088590 | ^ | MEBN | Jun 11 2026 00:40:31 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 10, 2026 | Form ID: 155 | Total Noticed: 29

| | | | | |
|---|---|---|---|---|
| 15079977 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 11 2026 00:48:18 | Midland Mortgage Company, P.O. BOX 26648, Attn: Bankruptcy Dept., Oklahoma City, OK 73126-0648 |
| 15079978 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 11 2026 00:43:00 | Milestone, P.O. BOX 4477, Attn: Bankruptcy Dept., Beaverton, OR 97076-4401 |
| 15098404 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 11 2026 00:43:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15090225 | + | Email/PDF: cbp@omf.com | Jun 11 2026 00:48:04 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15088680 | ^ | MEBN | Jun 11 2026 00:40:26 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15079980 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 11 2026 00:48:30 | Premier, P.O. Box 5519, Attn: Bankruptcy Dept., Sioux Falls, SD 57117-5519 |
| 15088524 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2026 00:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15091271 | + | Email/Text: bankruptcy@purchasingpower.com | Jun 11 2026 00:43:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg 2, Ste 1200, Atlanta, GA 30339-6199 |
| 15085178 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2026 00:43:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15080276 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 11 2026 00:48:30 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15079982 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15088694 | *+ | MIDFIRST BANK, C/O DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:

District/off: 0313-2                          User: admin                              Page 3 of 3

Date Rcvd: Jun 10, 2026                       Form ID: 155                             Total Noticed: 29

| Name | Email Address |
|------|---------------|
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Tamika R. Mobley efiling@mlatzes-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
   Tamika R. Mobley               )        Case No. 25−14948−amc
                                    )
                                    )
   Debtor(s).                     )        Chapter: 13
                                    )
                                    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 10, 2026                          For The Court

                                           Ashely M. Chan
                                           Chief Judge, United States Bankruptcy Court