IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>TAMIKA R. MOBLEY<br>　　Debtor,<br><br>GLOBAL LENDING SERVICES LLC<br>　　Movant,<br><br>　　　　v.<br><br>TAMIKA R. MOBLEY, and<br>SCOTT F. WATERMAN, Trustee,<br>　　Respondents. | Bankruptcy No. 25-14948-amc<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the July 9, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Tamika R. Mobley**<br>7941 Provident Street<br>Philadelphia, PA 19150 | **MICHAEL A. LATZES**<br>Law Offices of Michael A. Latzes, P.C<br>1528 Walnut Street<br>Suite 710<br>Philadelphia, PA 19102 |

Service via electronic communication:

| | |
|---|---|
| **SCOTT F. WATERMAN**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112