IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-14948-amc |
|---|---|
| TAMIKA R. MOBLEY<br>        Debtor, | Chapter 13 |
| GLOBAL LENDING SERVICES LLC<br>        Movant, | |
| v. | |
| TAMIKA R. MOBLEY, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | |

ORDER OF COURT

AND NOW, this 6th day of ___August___, 2026, upon consideration of the foregoing

Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a.  Relief from the Automatic Stay is granted as to the interest of Global Lending Services LLC in the 2021 Chevrolet Malibu, VIN: 1G1ZD5ST1MF069176.

b.  The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge