United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14948-amc
Tamika R. Mobley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 06, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Tamika R. Mobley, 7941 Provident Street, Philadelphia, PA 19150-1324 |
| cr | + | Global Lending Services LLC, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Tamika R. Mobley efiling@mlatzes-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>TAMIKA R. MOBLEY<br>Debtor,<br><br>GLOBAL LENDING SERVICES LLC<br>Movant,<br><br>v.<br><br>TAMIKA R. MOBLEY, and<br>SCOTT F. WATERMAN, Trustee,<br>Respondents. | Bankruptcy No. 25-14948-amc<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 6th day of August, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Global Lending Services LLC in the 2021 Chevrolet Malibu, VIN: 1G1ZD5ST1MF069176.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge