Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tamika R. Mobley
7941 Provident Street
Philadelphia, PA 19150

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14948-AMC**

Petition Filed Date: 12/03/2025
341 Hearing Date: 01/16/2026
Confirmation Date: 06/10/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2026 | $347.00 | | 02/05/2026 | $347.00 | | 02/20/2026 | $347.00 | |
| 03/05/2026 | $347.00 | | 03/19/2026 | $347.00 | | 04/02/2026 | $347.00 | |
| 04/16/2026 | $347.00 | | 06/09/2026 | $925.00 | | | | |

**Total Receipts for the Period: $3,354.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,354.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $3,735.00 | $3,095.74 | $639.26 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $1,252.00 | $0.00 | $1,252.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $1,016.53 | $0.00 | $1,016.53 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 005 | Unsecured Creditors | $1,257.83 | $0.00 | $1,257.83 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 006 | Unsecured Creditors | $1,498.20 | $0.00 | $1,498.20 |
| 7 | PRANCER CAPITAL CORPORATION<br>»» 007 | Secured Creditors | $745.28 | $0.00 | $745.28 |
| 8 | PURCHASING POWER LLC<br>»» 008 | Secured Creditors | $1,977.37 | $0.00 | $1,977.37 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $997.89 | $0.00 | $997.89 |
| 10 | UHG I LLC<br>»» 010 | Unsecured Creditors | $627.36 | $0.00 | $627.36 |
| 11 | GLOBAL LENDING SERVICES LLC<br>»» 011 | Secured Creditors | $1,040.38 | $0.00 | $1,040.38 |
| 12 | ASHLEY FUNDING SVCS LLC<br>»» 012 | Unsecured Creditors | $6.15 | $0.00 | $6.15 |

**Chapter 13 Case No. 25-14948-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NAVY FEDERAL CREDIT UNION<br>»» 013 | Unsecured Creditors | $500.00 | $0.00 | $500.00 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $177.83 | $0.00 | $177.83 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $153.36 | $0.00 | $153.36 |
| 16 | MIDFIRST BANK<br>»» 016 | Mortgage Arrears | $34,679.89 | $0.00 | $34,679.89 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 017 | Secured Creditors | $5,686.15 | $0.00 | $5,686.15 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,354.00 | Current Monthly Payment: | $925.00 |
| Paid to Claims: | $3,095.74 | Arrearages: | $1,850.00 |
| Paid to Trustee: | $258.26 | Total Plan Base: | $53,304.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.