IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Tamika R. Mobley** | **:** |
| | **:** |
| **Debtor(s)** | **: NO. 25-14948 amc** |

**NOTICE OF APPLICATION**

**TO THE DEBTOR, CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

Pursuant to the FedR. of Bankr. P. 2002 (a)(6) and Local Bankruptcy Rule 2002.2, you are hereby notified that counsel for the above listed debtor has filed a Supplemental Application for Counsel Fees in the following amount:

Total supplemental counsel fee is One Thousand Twelve ($1,200.00) Dollars.

You are further notified that any objection or request for hearing on the supplemental Application must be filed with the US. Bankruptcy Clerk, 900 Market Street, Suite 400, Philadelphia, PA 19107, within twenty-one (21) days of service of this Notice. A copy of any Objection must be served upon counsel for the Debtor.

/s/ MICHAEL A. LATZES
Michael A. Latzes, Esquire
1528 Walnut Street, Suite 710
Philadelphia, P 19102
(215) 545-0200
efiling@mlatzes-law.com