UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Tamika R. Mobley** | **:** |
| | **:** |
| **Debtor(s)** | **: NO. 25- 14948 amc** |

## CERTIFICATION OF SERVICE

**I, MICHAEL A. LATZES, ESQUIRE, attorney for the Debtor in the above-captioned matter, hereby certifies that Notice and Motion to Modify and Abate Chapter 13 Plan and Third Amended Chapter 13 Plan and Notice and Application for Compensation for Services Performed After Confirmation of Chapter 13 Plan were served on October 30, 2026, on all creditors by Court- generated ECF notice and/or served a copy by first class mail, to the following:**

| | |
|---|---|
| **Frederic J. Baker, Esquire**<br>**Asst. U.S. Trust** | **ECF Notice and e-mail**<br>**USTPRegion03.PH.ECF@usdoj.gov** |
| **Scott F. Waterman, Trustee** | **ECFMail@ReadingCh13.com** |
| **Pamela Elchert Thurmond, Esquire**<br>**Attorney for the City of Philadelphia** | **pamela.thurmond@phila.gov** |
| **Megan Harper, Esquire**<br>**Attorney for City of Philadelphia** | **Megan.harper@phila.gov** |
| **Keri P. Ebeck, Esquire**<br>**Attorney for Global Lending Service** | **kebeck@metzlewis.com** |
| **Matthew K. Fissel, Esquire**<br>**Attorney for Midfirst Bank** | **Matthew.fissel@brockandscott.com** |
| **Maggie S. Soboleski, Esquire**<br>**Attorney for Midfirst Bank** | **msoboleski@kmllawgroup.com** |

**The following creditors were sent the Chapter 13 Plan by first class mail:**

**Ashley Funding Services, LLC**
**Resurgent Capital Services**
**P.O. BOX 10587**
**Greenville, SC 29603-0587**

**Atlas Acquisitions LLC**
**On behalf of UHG I LLC**
**492C Cedar Lane, Suite 442**
**Teaneck, NJ 07666**

**Citibank, N.A.**
**5800 S. Corporate Place**
**Sioux Falls, SD 57108-5027**

**Credit Collection Services**
**725 Canton Street**
**Attn: Bankruptcy Dept.**
**Norwood, MA 02062**

**Credit One**
**P.O. Box 98873**
**Attn: Bankruptcy Dept**
**Las Vegas, NV 89193-8873**

**Danielle M. Dileva, Esquire**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

**Freedom Frederal Credit Union**
**626 Jacksonville Road, Suite 250**
**Attn: Bankruptcy Dept.**
**Warminster, PA 18974-4862**

**GLS**
**1200 Brookfield Blvd., Suite 300**
**Greenville, SC 29607**

**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**LVNV Funding, LLC**
**Resurgent Capital Services**
**P.O. Box 10587**
**Greenville, SC 29603-0587**

**Midland Mortgage Company**
**P.O. Box 26648**
**Attn: Bankruptcy Dept.**
**Oklahoma City, OK 73126-0648**

**Midfirst Bank**
**999 NorthWest Grand Blvd.**
**Oklahoma City, 73118**

**Milestone**
**P.O. Box 4477**
**Attn: Bankruptcy Dept.**
**Beaverton, OR 97076-4477**

**Navy Federal Credit Union**
**P.O. BOX 3000**
**Merrifield, VA 22119**

**One Main Financial Group, LLC**
**P.O. BOX 3251**
**Evansville, IN 47731**

**P.G.W.**
**800 W. Montgomery Ave. 3F**
**Philadelphia, PA 19122**

**Prancer Capital**
**36 Skyline Drive**
**Attn: Bankruptcy Dept.**
**Lake Mary, FL 32746**

**Purchasing Power, LLC**
**2727 Paces Ferry Road SE**
**Bldg 2, Suite 1200**
**Atlanta, GA 30339**

**Premier**
**Jefferson Capital Systems, LLC**
**P.O. BOX 7999**
**St. Cloud, MN 56302-9617**

**Quantum3 Group LLC as agent for**
**Concora Credit Inc.**
**P.O. BOX 788**
**Kirkland, WA 98083-0788**

**Revenue Collections Bureau, Inc.**
**5900-08 Torresdale Ave.**
**Attn: Bankruptcy Dept,**
**Philadelphia, PA 19135**

**U.S. Department of Housing and Urban Development**
**801 Market Street, 12th Floor**
**Philadelphia, PA 19107**

**Water Revenue Bureau**
**1401 J.F.K. Blvd.**
**Attn: Bankruptcy Dept**
**Philadelphia, PA 19102-1663**

**Tamika R. Mobley**
**7941 Provident Street**
**Philadelphia, PA 19150**

**10-30-2026** **/s/ MICHAEL A. LATZES**

**MICHAEL A. LATZES, ESQUIRE**
**Attorney for Debtor**
**1528 Walnut Street, Suite 710**
**Philadelphia, PA 19102**
**(215) 545-0200**
**Attorney I.D. 34017**